1  DEAN S. KRISTY (State Bar No. 157646)
   KEVIN P. MUCK (State Bar No. 120918)
2  ALICE L. JENSEN (State Bar No. 20332)
   CHRISTOPHER A. GARCIA (State Bar No. 215184)
3  FENWICK & WEST LLP
   Embarcadero Center West
4  San Francisco, California  94111
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350
   Email address: dkristy@fenwick.com
6
   Attorneys for Defendants
7  Lexar Media, Inc., Eric B. Stang, and Brian T. McGee

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  In re LEXAR MEDIA, INC. SECURITIES    )  Case No. C 04-2013 SC
    LITIGATION                             )
13                                         )  **STIPULATION AND [PROPOSED]**
                                           )  **ORDER GRANTING DISMISSAL**
14                                         )
                                           )
15                                         )
                                           )
16                                         )
                                           )
17                                         )
    This Document Relates to:              )
18                                         )
    ALL ACTIONS.                           )
19                                         )
                                           )
20                                         )
                                           )
21                                         )

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

---

1

STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL, CASE NO. C 04-2013 SC

1    IT IS HEREBY STIPULATED, by and among plaintiffs and defendants Lexar Media, Inc., Eric B. Stang and Brian T. McGee (collectively, "defendants"), through their undersigned counsel of record, as follows:

WHEREAS, on August 30, 2004, this Court appointed The Mitchell Group as lead plaintiffs and Schiffrin & Barroway, LLP as lead counsel and Green & Jigarjian, LLP as liaison counsel;

WHEREAS, on October 29, 2004, plaintiffs filed a Consolidated Amended Class Action Complaint, and in response defendants subsequently filed a motion to dismiss;

WHEREAS, on July 5, 2005, this Court granted defendants' motion to dismiss the Consolidated Amended Class Action Complaint on the grounds that it failed to state a claim, and gave plaintiffs the opportunity to file an amended complaint within thirty (30) days, if they chose to do so;

WHEREAS, plaintiffs have chosen not to file a further amended complaint, and the thirty-day period specified by the Court in which to amend has now expired;

Lead plaintiffs and defendants hereby agree as follows:

1.  This action should be dismissed with prejudice; and

2.  Each side will bear its own attorneys' fees and costs incurred in this action.

DATED: September 1, 2005          FENWICK & WEST LLP

                                  By  /s/ Alice Jensen
                                         Alice Jensen

                                  Attorneys for Defendants
                                  Lexar Media, Inc., Eric B. Stang and
                                  Brian T. McGee

DATED: September 1, 2005          SCHIFFRIN & BARROWAY LLP

                                  By  /s/ Michael K. Yarnoff
                                         Michael K. Yarnoff

                                  Attorneys for Lead Plaintiffs
                                  The Mitchell Group

1 **ORDER**

2 IT IS SO ORDERED.



Judge Samuel Conti
9/6/05